UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States Securities & Exchange Commission

|  |  |
|---|---|
| Plaintiff(s), | Case No. 12-cv-12109 |
| v. | Judge Victoria A. Roberts |
|  | Magistrate Judge R. Steven Whalen |
| Kwame M. Kilpatrick, et al. |  |
| Defendant(s). | / |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

<u>Defendant Kwame M. Kilpatrick</u> for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on <u>Defendant. Kilpatrick on May 16, 2012 at 7:25 am</u> at

    <u>3012 Pamplona Street, Grand Prairie, Texas 75052</u> by

    <u>Personal Service</u>.
    [certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: <u>July 13, 2012</u>

Signature

IL #6270153
Bar No.

Securities & Exchange Commission –Chicago Regional Office
<u>175 West Jackson Blvd., Suite 900</u>
Street Address

<u>Chicago, IL  60647</u>
City, State, Zip Code

<u>(312) 353-5213</u>
Telephone Number

<u>leimant@sec.gov</u>
Primary Email Address