## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States Securities & Exchange Commission

Plaintiff(s),                                          Case No. 12-cv-12109

v.                                                          Judge Victoria A. Roberts

Magistrate Judge  R. Steven Whalen

Kwame M. Kilpatrick, et al.

Defendant(s).

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

Defendant Jeffrey W. Beasley _____ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on  Defendant. Beasley on July 10, 2012 at 8:23 pm through

    his son Chase Beasley at 5120 South Kenwood Ave., Chicago, IL 60615 _____ by

    Personal Service _____.
    [certified mail, regular mail, personal service, waiver of service]

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

Date: August 31, 2012 _____

Signature

IL #6270153
Bar No.

Securities & Exchange Commission –Chicago Regional Office
175 West Jackson Blvd., Suite 900
Street Address

Chicago, IL  60647
City, State, Zip Code

(312) 353-5213
Telephone Number

leimant@sec.gov
Primary Email Address